IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STRATEGIC MANAGEMENT PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY and GREENWICH INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. _____ |

## NOTICE OF REMOVAL

Defendant The Cincinnati Specialty Underwriters Insurance Company ("CSU") hereby removes this action from the State Court of DeKalb County, State of Georgia to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, CSU shows the following:

1.

This civil action was filed on August 8, 2024, and is presently pending in the State Court of DeKalb County, Georgia, under the caption *Strategic Management Partners, LLC v. The Cincinnati Specialty Underwriters Insurance Company and Greenwich Insurance Company,* and docketed as Case No. 24A05529 (the "State Court Action").

2.

Pursuant to 28 U.S.C. §1446(a), a copy of all process and pleadings served upon CSU are attached hereto as Exhibit "A", as follows:

- Summons and Complaint;

- General Civil Case Filing Information Form;

- Notice of Hearing;

- Affidavit of Service – Cincinnati Specialty;

- Affidavit of Service – Greenwich Insurance;

- Substitution of Counsel; and

- Stipulation of Extension of Time for Defendant Greenwich Insurance Company to Respond to Complaint.

3.

Plaintiff Strategic Management Partners, LLC ("Strategic Management") is a Georgia limited liability corporation at 125 Town Park Drive, Kennesaw, Georgia 30144. [Ex. A, Compl. ¶ 2.]  Strategic Management's members are Robert Calistri, Cindy Batey, and Angela Smith. These members are residents and citizens of Georgia and Florida. Therefore, for purposes of diversity jurisdiction, Strategic Management is a citizen of Georgia and Florida.

4.

CSU is a foreign corporation incorporated in the State of Delaware with a principal place of business at 6200 S. Gilmore Road, Fairfield, Ohio 45014. [Ex. B, Ohio and Delaware Secretary of State.]

5.

Greenwich Insurance Company ("Greenwich") is a foreign insurance company incorporated in the State of Delaware with a principal place of business at 677 Washington Blvd., 10th Floor, Suite 1000, Stamford, CT 06901. [Ex. C, Georgia Secretary of State.]

6.

Strategic Management seeks relief valued for more than $75,000.00. Specifically, Strategic Management is seeking a defense and indemnification from CSU and Greenwich in a lawsuit that seeks recovery for the shooting death of Larodus Reeves. [Ex. A, Compl. ¶¶ 11-15, 25-27.]

7.

Thus, Strategic Management's Complaint asserts claims over which this Court has subject matter jurisdiction based on diversity of citizenship and amount in controversy under 28 U.S.C. §§ 1332 and 1446.

8.

Greenwich has consented to this removal.

3

9.

This Notice of Removal is filed within thirty (30) days from the date when Plaintiff served CSU with the Complaint through the mechanism via O.C.G.A. § 33-5-34(d) & (e), which made it first ascertainable to CSU that the State Court Action is one which is removable. [Ex. D, Copy of Letter of August 15, 2025.] This Notice of Removal is therefore filed within the time provided by 28 U.S.C. § 1446(b)(3).

10.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the geographical area where the State Court Action is pending.

11.

CSU has provided written notice of the filing of this Notice of Removal to Plaintiff and the Clerk of Court for the State Court of DeKalb County, a copy of which is attached hereto as Exhibit "E".

12.

The Cincinnati Specialty Underwriters Insurance Company's Answer to the Complaint for Declaratory Judgment is attached hereto as Exhibit "F."

13.

Based on the foregoing, CSU respectfully requests that this Court allow removal and assert jurisdiction over the State Court Action.

4

This 12th day of September, 2025.

FREEMAN MATHIS & GARY, LLP


*/s/ Matthew F. Boyer*
MATTHEW F. BOYER
Georgia Bar No. 141512
mboyer@fmglaw.com

*/s/ Alexia R. Roney*
ALEXIA R. RONEY
Georgia Bar No. 581777
aroney@fmglaw.com

*Attorneys for Defendant The Cincinnati Specialty Underwriters Insurance Company*


100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (Telephone)
(833) 330-3669 (Facsimile)

5

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **Notice of Removal** with the

Clerk of Court using the CM/ECF system which will automatically send electronic

mail notification and a copy of such filing to those who are CM/ECF participants as

follows:

Wayne D. Taylor
Sarah M. MacKimm
Mozley, Finlayson & Loggins LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, GA 30338
wtaylor@mflaw.com
smackimm@mflaw.com
*Attorneys for Plaintiff Strategic Management Partners, LLC*

Tom M. Contois
Christy M. Maple
Phelps Dunbar, LLP
4141 Parklake Avenue, Suite 530
Raleigh, NC 27612
tom.contois@phelps.com
christy.maple@phelps.com
*Attorneys for Greenwich Insurance Company*

This the 12th day of September, 2025.

/s/ Matthew F. Boyer
MATTHEW F. BOYER
Georgia Bar No. 141512
mboyer@fmglaw.com

*Attorneys for Defendant The Cincinnati*
*Specialty Underwriters Insurance Company*

6

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (Telephone)
(833) 330-3669 (Facsimile)