IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STRATEGIC MANAGEMENT
PARTNERS, LLC, and ASPEN
SPECIALTY INSURANCE
COMPANY,

     Plaintiffs,

v.

THE CINCINNATI SPECIALTY
UNDERWRITERS INSURANCE
COMPANY and GREENWICH
INSURANCE COMPANY,

     Defendants.

Case No. 1:25-cv-5233-SEG

**DEFENDANT GREENWICH INSURANCE COMPANY'S
RESPONSE TO PLAINTIFFS' REQUEST FOR FILING OF ORIGINAL
DISCOVERY AND NOTICE OF FILING ORIGINAL DISCOVERY**

Pursuant to LR 56.1(C) and LR 26.3(B)(1) and in response to Plaintiffs'

Request for Filing of Original Discovery [Doc. 38], Defendant Greenwich

Insurance Company files this Notice of Filing Original Discovery.  The following

are attached hereto in their entirety:

- Exhibit A: Plaintiffs Responses to Greenwich Insurance Company's

  Interrogatories

1

- Exhibit B: Plaintiffs' Responses to Greenwich Insurance Company's

  Requests for Admission

Respectfully submitted this 25th day of June, 2026.


**OF COUNSEL:**

*/s/ Sara K. Hunkler*
James P. Ruggeri (*pro hac vice*)
Sara K. Hunkler *(pro hac vice*)
Ruggeri Parks Weinberg, LLP
1875 K Street, Suite 800
Washington, DC 20006-125
Telephone (202) 984-1400
Facsimile (202) 984-1401
jruggeri@ruggerilaw.com
shunkler@ruggerilaw.com

*/s/ Andrew D. Horowitz*
Andrew D. Horowitz
Georgia Bar No. 367815
Drew Eckl & Farnham, LLP
303 Peachtree St. NE, Suite 3500
Atlanta, GA 30308
Telephone (404) 885-6145
Facsimile (404) 876-0992
HorowitzA@deflaw.com

*Counsel for Defendant Greenwich Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing DEFENDANT GREENWICH INSURANCE COMPANY'S RESPONSE TO PLAINTIFFS' REQUEST FOR FILING OF ORIGINAL DISCOVERY AND NOTICE OF FILING ORIGINAL DISCOVERY and accompanying exhibits to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

This 25th day of June, 2026:

**RUGGERI PARKS WEINBERG, LLP**

*/s/ Sara K. Hunkler*
Sara K. Hunkler

3