IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STRATEGIC MANAGEMENT )
PARTNERS, LLC, and ASPEN )
SPECIALTY INSURANCE )
COMPANY, )          Civil Action File No.
 )          1:25-cv-05233-SEG
                          Plaintiff, )
 )
 )
v. )
 )
THE CINCINNATI SPECIALTY )          (Removed from the State Court of
UNDERWRITERS INSURANCE )          DeKalb County, Georgia)
COMPANY and GREENWICH )
INSURANCE COMPANY, )
                          Defendants. )

**PLAINTIFFS' RESPONSES TO GREENWICH INSURANCE COMPANY'S REQUESTS FOR ADMISSION**

Plaintiffs Strategic Management Partners, LLC ("SMP") and Aspen Specialty Insurance Company ("Aspen") (collectively "plaintiffs") respond to Greenwich Insurance Company's ("Greenwich") requests for admission as follows:

**GENERAL OBJECTIONS**

In responding to these requests for admission, plaintiffs object to any request that requires disclosure of information protected from discovery by the attorney-client privilege, work product privilege, or other applicable privileges in this case.

Subject to and without waiving these general objections, plaintiffs respond to Greenwich's requests for admission as follows:

1.

Admit that Exhibit 1 is a true and correct copy of the Cincinnati Policy.

**RESPONSE: Plaintiffs admit, upon information and belief, that Exhibit 1 is a true and correct copy of the Cincinnati Policy.**

2.

Admit that Exhibit 2 is a true and correct copy of the Greenwich Policy.

**RESPONSE: Plaintiffs admit, upon information and belief, that Exhibit 2 is a true and correct copy of the Greenwich Policy.**

3.

Admit that the Underlying Lawsuit seeks to recover for injuries within the scope of the endorsement to the Cincinnati Policy titled "Exclusion – Assault or Battery With Limited Optional Coverage (Defense Within Limits)."

**RESPONSE: Plaintiffs admit only that the allegations contained in the complaint filed by Kenyetta Shanice Reeves in the Underlying Lawsuit speak for themselves. To the extent request for admission number 3 seeks the admission of other facts, they are denied.**

4.

Admit that the Underlying Lawsuit seeks to recover for injuries that the plaintiffs allege arise in whole or in part out of SMP's failure(s) to (i) prevent the fatal shooting of Larodus Reeves; (ii) warn of the dangers of the environment of the Rockwell Pointe Apartments that could contribute to assault or battery; (iii) provide an environment at the Rockwell Pointe Apartments safe from assault or battery; and/or (iv) provide adequate security at the Rockwell Pointe Apartments.

**RESPONSE: Plaintiffs admit only that the allegations contained in the complaint filed by Kenyetta Shanice Reeves in the Underlying Lawsuit speak for themselves. To the extent request for admission number 4 seeks the admission of other facts, they are denied.**

5.

Admit that the Cincinnati Policy is "underlying insurance" as that term is defined in ¶ 34 of the Definitions section of Form CU 0001 09 10 in the Greenwich Policy.

**RESPONSE: Plaintiffs admit that the Cincinnati Policy is "underlying insurance" as that term is defined in the Greenwich Policy. To the extent request for admission number 5 seeks the admission of other facts, they are denied.**

6.

Admit that SMP is a "insured" as that term is defined in ¶ 17(a)(2) of the Definitions section of Form CU 0001 09 10 in the Greenwich Policy.

**RESPONSE: Plaintiffs admit that SMP is an "insured" as that term is defined in the Greenwich Policy. To the extent request for admission number 6 seeks the admission of other facts, they are denied.**

7.

Admit that the Schedule of Underlying Insurance in the Greenwich Policy does not show the Sublimit.

**RESPONSE: Plaintiffs admit only that the Greenwich Policy speaks for itself. To the extent request for admission number 7 seeks the admission of other facts, they are denied.**

This 26th day of May, 2026.

/s/ Sarah M. MacKimm
Wayne D. Taylor
Georgia Bar No. 701275
Sarah M. MacKimm
Georgia Bar No. 299849
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338
Tel: (404) 256-0700
Fax: (404) 250-9355
wtaylor@mfllaw.com
smackimm@mfllaw.com

-4-

-5-

*Attorneys for plaintiffs Strategic Management Partners, LLC, and Aspen Specialty Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STRATEGIC MANAGEMENT      )
PARTNERS, LLC, and ASPEN  )
SPECIALTY INSURANCE       )
COMPANY                   )        Civil Action File No.
                          )        1:25-cv-05233-SEG
              Plaintiff,  )
                          )
                          )
v.                        )
                          )
THE CINCINNATI SPECIALTY  )        (Removed from the State Court of
UNDERWRITERS INSURANCE    )        DeKalb County, Georgia)
COMPANY and GREENWICH     )
INSURANCE COMPANY,        )
              Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically served the foregoing

*PLAINTIFFS' RESPONSES TO GREENWICH INSURANCE COMPANY'S*

*REQUESTS FOR PRODUCTION OF DOCUMENTS* upon the following

attorneys of record:

|  |  |
|---|---|
| Andrew D. Horowitz | Matthew F. Boyer |
| DREW ECKL & FARNHAM, LLP | Alexia R. Roney |
| 303 Peachtree St. NE, Suite 3500 | FREEMAN MATHIS & GARY, LLP |
| Atlanta, GA 30308 | 100 Galleria Parkway, Suite 1600 |
| HorowitzA@deflaw.com | Atlanta, Georgia 30339 |
|  | mboyer@fmglaw.com |
| -and- | aroney@fmglaw.com |
|  | *Attorneys for Defendant The* |
| James P. Ruggeri |  |

Sara K. Hunkler
RUGGERI PARK WEINBERG LLP
1875 K Street NW, Suite 800
Washington, DC 20006
jruggeri@ruggerilaw.com
shunkler@ruggerilaw.com

*Cincinnati Specialty Underwriters*
*Insurance Company*

*Attorneys for Defendant Greenwich*
*Insurance Company*

This 26th day of May, 2026.

/s/ Sarah M. MacKimm
SARAH M. MacKimm
Georgia Bar No. 299849